UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| CHARLES J. SENIOR, NORMAN FAHY, RONALD D. PHIPPS, RAYMOND W. POSTMA, THOMAS G. HIRL and UNITED STEELWORKERS OF AMERICA, LOCAL 12004,<br><br>      Plaintiffs<br>v.<br><br>NSTAR ELECTRIC AND GAS CORPORATION and COMMONWEALTH GAS COMPANY,<br><br>      Defendants. | Civil Action No. 04-10160-EFH |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS
NSTAR ELECTRIC AND GAS CORPORATION
AND COMMONWEALTH GAS COMPANY**

Pursuant to Local Rule 7.3, Defendants NSTAR Electric and Gas Corporation, and Commonwealth Gas Company, hereby identify any parent corporation and any publicly held company that owns 10% or more of their stock:

One hundred percent (100%) of the capital stock of Commonwealth Gas Company ("Commonwealth Gas") (now by change of name known as NSTAR Gas Company) is owned by Commonwealth Energy System, a Massachusetts business trust; 100% of the beneficial shares of interest of Commonwealth Energy System are owned by NSTAR. NSTAR, a Massachusetts business trust, is publicly held and owns 10% or more of the stock of NSTAR Gas Company. NSTAR has no parent corporations, and no publicly held corporation owns 10% or more of NSTAR's stock.

NSTAR is the parent corporation of NSTAR Electric and Gas Corporation, and owns 10%

or more of its stock.

>Respectfully submitted,
>
>NSTAR ELECTRIC AND GAS
>CORPORATION and
>COMMONWEALTH GAS COMPANY,
>
>By their Attorneys,
>
>MORGAN, BROWN & JOY, LLP
>One Boston Place
>Boston, MA 02108-4472
>(617) 523-6666
>
>By: _____
>Keith B. Muntyan
>B.B.O. #361380
>Robert P. Morris
>B.B.O. #546052

Dated: February 20, 2004

## CERTIFICATE OF SERVICE

I, Robert P. Morris, certify that on February 20, 2004, I caused to be served a copy of the within pleading by hand on counsel for Plaintiffs, Warren H. Pyle, Pyle, Rome, Lichten & Ehrenberg, P.C., 18 Tremont Street, Suite 500, Boston, MA 02108.

_____
Robert P. Morris

2