UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES J. SENIOR, NORMAN FAHY, ) <br> RONALD D. PHIPPS, RAYMOND ) <br> W. POSTMA, THOMAS G. HIRL ) <br> and UNITED STEELWORKERS ) <br> OF AMERICA, LOCAL 12004 ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> NSTAR ELECTRIC AND GAS ) <br> CORPORATION and ) <br> COMMONWEALTH GAS COMPANY ) <br> ) <br> Defendant ) <br> _____) | Civil Action No. 04-10160-EFH |

**ASSENTED-TO MOTION FOR CONTINUANCE OF SCHEDULING CONFERENCE**

Plaintiffs Charles J. Senior, et al. requests that this Court continue the Scheduling Conference set for Wednesday, May 12, 2004, at 2:00 p.m. As grounds for this request, Plaintiffs' counsel has an arbitration scheduled for that day. The parties are available for rescheduling on June 1 or 4, 2004.

Respectfully submitted,

CHARLES J. SENIOR, et al.,

By its attorneys,

_____
Warren H. Pyle, BBO #408400
PYLE, ROME, LICHTEN
& EHRENBERG, P.C.
18 Tremont Street, Boston MA
Boston, MA 02108
(617) 367-7200

Assented to by:

_____
Keith Muntyan
MORGAN, BROWN & JOY
One Boston Place
Boston, MA 02108
(617) 523-6666

Dated: March 5, 2004