UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

2004 MAY 26  P 12:22

U.S. DISTRICT COURT
DISTRICT OF MASS.

```
*****************************
CHARLES J. SENIOR, et al.       *
                                *
                    Plaintiffs  *
         v.                     *   Civil Action No. 04-10160-
                                *   EFH
NSTAR ELECTRIC AND GAS          *
CORPORATION and                 *
COMMONWEALTH GAS COMPANY,       *
                                *
                    Defendants. *
*****************************
```

### CERTIFICATION OF DEFENDANTS REQUIRED BY RULE 16.1 D(3)

In accordance with Rule 16.1(D)(3) of the Local Rules of the U.S. District Court for the District of Massachusetts, counsel for Defendants and Defendants hereby affirm as follows:

NSTAR Electric and Gas Corporation and Commonwealth Gas Company, (now by change of name known as NSTAR Gas Company) and their counsel, have conferred: a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of this litigation; and b) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Keith B. Muntyan, Esq.
B.B.O. #361380
Robert P. Morris, Esq.
B.B.O. #546052
MORGAN, BROWN & JOY, LLP
One Boston Place
Boston, MA 02108-4472
(617) 523-6666

Dated: April May 26, 2004

_____
Richard J. Morrison, Esq.
Associate General Counsel
and Assistant Clerk
NSTAR Electric and Gas
Corporation
800 Boylston Street
Boston, MA 02199
(617) 424-2111

Dated: April   , 2004

## CERTIFICATE OF SERVICE

I, Robert P. Morris, certify that on May 26, 2004, I caused to be served a copy of the within pleading by mail on counsel for Plaintiffs, Warren H. Pyle, Pyle, Rome, Lichten & Ehrenberg, P.C., 18 Tremont Street, Suite 500, Boston, MA 02108.

_____
Robert P. Morris

2