Filed in open court 6/1/04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES J. SENIOR, NORMAN FAHY, )
RONALD D. PHIPPS, RAYMOND )
W. POSTMA, THOMAS G. HIRL )
and UNITED STEELWORKERS )
OF AMERICA, LOCAL 12004 )
)
               Plaintiffs, )
v. )   Civil Action No. 04-10160-EFH
)
NSTAR ELECTRIC AND GAS )
CORPORATION and )
COMMONWEALTH GAS COMPANY )
)
               Defendant )
)

## PLAINTIFFS' CERTIFICATION

The undersigned certify that they have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation; and that they have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4

_____
Warren H. Pyle, Esq.
Pyle, Rome, Lichten, Ehrenberg &
   Liss-Riordan
18 Tremont Street, Suite 500
Boston, MA 02108
Tel: (617) 367-7200

_____
Kathleen A. Laflash, President
Local 12004, United Steelworkers of
   America