## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES J. SENIOR, ET AL.,<br>　　　　　　　　　　Plaintiffs<br><br>　　　　　v.<br><br>NSTAR ELECTRIC AND GAS<br>CORPORATION, ET AL.,<br>　　　　　　　　　　Defendants. | CIVIL ACTION NO.:<br>04-10160-EFH |

## **O R D E R**

June 1, 2004

HARRINGTON, S.D.J.

After an Initial Scheduling Conference on June 1, 2004, the Court orders a 90-day expedited discovery period, at the conclusion of which the defendants shall file their Motion to Dismiss/Motion for Summary Judgment.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　/s/ Edward F. Harrington
　　　　　　　　　　　　　　　　　　　　　　EDWARD F. HARRINGTON
　　　　　　　　　　　　　　　　　　　　　　United States Senior District Judge