UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 DEC 17 P 2: 11

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CHARLES J. SENIOR, NORMAN FAHY, \*
RONALD D. PHIPPS, RAYMOND W. \*
POSTMA, THOMAS G. HIRL and UNITED \*
STEELWORKERS OF AMERICA, \*
LOCAL 12004, \*
                                                          \*
                       Plaintiffs        \*
v.                                                       \*        Civil Action No. 04-10160-EFH
                                                       \*
NSTAR ELECTRIC AND GAS        \*
CORPORATION and COMMONWEALTH \*
GAS COMPANY,                         \*
                                                     \*
                      Defendants.      \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### JOINT MOTION TO CONTINUE DISCOVERY AND OTHER CASE DEADLINES

Plaintiffs Charles J. Senior, Norman Fahy, Ronald D. Phipps, Raymond W. Postma, Thomas G. Hirl and United Steelworkers of America, Local 12004 (collectively referred to as "Plaintiffs"), and Defendants NSTAR Electric and Gas Corporation ("NSTAR") and Commonwealth Gas Company (collectively referred to as "Defendants"), jointly move that the deadline for completing all discovery (including production of expert reports and completion of expert depositions) be continued from December 10, 2004 to January 14, 2005, and that the deadline for filing dispositive motions be continued from January 14, 2005 to February 11, 2005. The grounds for this motion are as follows:

1.     This is an action by Plaintiff retirees who were represented by Local 12004 of the United Steelworkers of America during their employment with NSTAR and its predecessors. The Plaintiffs challenge modifications to retiree health benefits implemented in 2003.

2. Due to the illness of Defendants' counsel, Robert P. Morris, Esq., and other scheduling difficulties, the parties have been unable to complete discovery within the time allotted. An identical motion is being filed in the related action of <u>Louis Balestracci, et al. v. NSTAR Electric and Gas Corporation</u>, Civil Action No. 04-11103-EFH.

WHEREFORE, the parties pray that this motion be allowed, and that the deadline for completing discovery be continued to and including January 14, 2005, and that the deadline for filing dispositive motions be continued to and including February 11, 2005.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| CHARLES J. SENIOR, et al., | NSTAR ELECTRIC AND GAS CORPORATION and COMMONWEALTH GAS COMPANY, |
| By their Attorneys, | By their Attorneys, |
| PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.<br>18 Tremont Street, Suite 500<br>Boston, MA 02108<br>(617) 367-7200 | MORGAN, BROWN & JOY, LLP<br>One Boston Place<br>Boston, MA 02108-4472<br>(617) 523-6666 |
| By: _____<br>Warren H. Pyle<br>B.B.O. #408400 | By: _____<br>Keith B. Muntyan<br>B.B.O. #361380<br>Robert P. Morris<br>B.B.O. #546052 |
| Dated: December 17, 2004 | Dated: December 17, 2004 |