COMMONWEALTH ENERGY SYSTEM AND SUBSIDIARY COMPANIES

POST RETIREMENT BENEFIT PROGRAM-GROUP I

(Effective January 1, 1993)

Part I

General Provisions

# TABLE OF CONTENTS

## PART I

### GENERAL PROVISIONS

| Article | | Page |
|---|---|---|
| I | Establishment and Purpose | 4 |
| II | Definitions | 5 |
| III | Eligibility and Participation | 9 |
| IV | Contributions and Funding | 10 |
| V | Benefits | 12 |
| VI | Named Fiduciaries | 13 |
| VII | Plan Administrator | 14 |
| VIII | Amendment and Termination | 16 |
| IX | Miscellaneous | 18 |

## ARTICLE VIII

## AMENDMENT AND TERMINATION

8.01 <u>Amendment</u>. Subject to the provisions of Section 8.03 of Part I hereof, the Company, through the Plan Administrator, shall have the right at anytime and from time to time, to modify or amend this Program, provided however that:

(a) any amendment to Part II hereof shall be made pursuant to the amendment procedure set forth in the Trust Agreement;

(b) any amendment to Part III hereof shall be made pursuant to the amendment procedure set forth in the Plan of Benefits; and

(c) any amendment to Part IV hereof shall be made pursuant to the amendment procedure set forth in the Service Provider Agreement.

8.02 <u>Termination</u>. It is the expectation of the Company that the Program set forth herein and the payment of contributions hereunder will be continued indefinitely, but the continuation of the Program is not assumed as a contractual obligation of the Company, and the right is reserved at anytime to suspend or discontinue contributions hereunder. Subject to the provisions of Section 8.03 of Part I hereof, the Company, through the Plan Administrator, may terminate the Program or discontinue Benefits hereunder at anytime upon written notice to the affected Trustee and/or Insurer.

COMMONWEALTH ENERGY SYSTEM AND SUBSIDIARY COMPANIES

POST RETIREMENT BENEFIT PROGRAM-GROUP II

(Effective January 1, 1993)

Part I

General Provisions

# TABLE OF CONTENTS

## PART I

## GENERAL PROVISIONS

| Article | | Page |
|---|---|---|
| I | Establishment and Purpose | 4 |
| II | Definitions | 5 |
| III | Eligibility and Participation | 9 |
| IV | Contributions and Funding | 10 |
| V | Benefits | 12 |
| VI | Named Fiduciaries | 13 |
| VII | Plan Administrator | 14 |
| VIII | Amendment and Termination | 16 |
| IX | Miscellaneous | 18 |

## ARTICLE VIII

## AMENDMENT AND TERMINATION

8.01 *Amendment*. Subject to the provisions of Section 8.03 of Part I hereof, the Company, through the Plan Administrator, shall have the right at anytime and from time to time, to modify or amend this Program, provided however that:

(a) any amendment to Part II hereof shall be made pursuant to the amendment procedure set forth in the Trust Agreement;

(b) any amendment to Part III hereof shall be made pursuant to the amendment procedure set forth in the Plan of Benefits; and

(c) any amendment to Part IV hereof shall be made pursuant to the amendment procedure set forth in the Service Provider Agreement.

8.02 *Termination*. It is the expectation of the Company that the Program set forth herein and the payment of contributions hereunder will be continued indefinitely, but the continuation of the Program is not assumed as a contractual obligation of the Company, and the right is reserved at anytime to suspend or discontinue contributions hereunder. Subject to the provisions of Section 8.03 of Part I hereof, the Company, through the Plan Administrator, may terminate the Program or discontinue Benefits hereunder at anytime upon written notice to the affected Trustee and/or Insurer.