```
 1                                              Volume: I
 2                                              Pages: 1-27
 3                                              Exhibits: 1-4
 4                     UNITED STATES DISTRICT COURT
 5                       DISTRICT OF MASSACHUSETTS
 6    Civil Action No. 04 10160 EFH
 7    ----------------------------------------X
 8    CHARLES J. SENIOR, NORMAN FAHY,                      )
 9    RONALD D. PHIPPS, RAYMOND W. POSTMA,                 )
10    THOMAS G. HIRL and UNITED STEELWORKERS               )
11    OF AMERICA, LOCAL 12004,                             )
12                    Plaintiffs,                          )
13    v.                                                   )
14    NSTAR ELECTRIC AND GAS CORPORATION and               )
15    COMMONWEALTH GAS COMPANY,                            )
16                    Defendants.                          )
17    ----------------------------------------X
18              DEPOSITION OF RAYMOND W. POSTMA
19                  Tuesday, October 26, 2004
20                          1:10 p.m.
21                  Morgan, Brown & Joy, LLP
22                       One Boston Place
23              Boston, Massachusetts  02108-4472
24          Reporter:  Justina M. deFaria, RDR/CRR
```

JONES REPORTING COMPANY
617-451-8900

Raymond W. Postma

13

1  for life was also described in group meetings in the
2  training rooms at the Southborough location." Can
3  you tell me approximately when these group meetings
4  took place?
5      A.  It was prior -- before us, you know, being
6  offered the package. They went down there and
7  explained they wanted to get rid of people. They
8  were looking for so many numbers to -- that's all I
9  can say about that, is they were like general
10 meetings.
11     Q.  But this would have been in connection with
12 the package that you left under?
13     A.  Yes, I would imagine it would have been.
14     Q.  Okay. Do you remember how many meetings
15 there were on this subject?
16     A.  No, not really.
17     Q.  Okay. Do you recall any discussion by
18 someone in management or someone in benefits or
19 whatever about health and dental benefits offered
20 under this package?
21     A.  Well, other than, you know, the medical and
22 dental and the premium we'd be paying.
23     Q.  I'm just trying to --
24     A.  Yes.