UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| **CHARLES J. SENIOR, NORMAN FAHY, RONALD D. PHIPPS, RAYMOND W. POSTMA, THOMAS G. HIRL GARRETT M. FAGAN and UNITED STEELWORKERS OF AMERICA, LOCAL 12004,** | \* \* \* \* \* \* |
| Plaintiffs | \* |
| v. | \* Civil Action No. 04-10160-EFH |
| | \* |
| **NSTAR ELECTRIC AND GAS CORPORATION and COMMONWEALTH GAS COMPANY,** | \* \* \* \* |
| Defendants. | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO SUBMIT REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 7.1(B)(3), Defendants NSTAR Electric and Gas Corporation and Commonwealth Gas Company ("Defendants") seek leave to submit a reply memorandum in support of their Motion for Summary Judgment. The grounds for this motion are that the pleadings submitted by Plaintiffs in opposition to Defendants' motion contain erroneous and insubstantial arguments, to which Defendants seek to respond. The reply memorandum is submitted herewith.

Defendants further recite their agreement that Plaintiffs may submit a response to the enclosed reply memorandum within fourteen (14) days of service on Plaintiffs.

## CERTIFICATE OF COMPLIANCE WITH
## <u>LOCAL RULE 7.1(A)(2)</u>

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel for Defendants hereby certifies that he conferred and attempted in good faith to resolve or narrow the issue presented by the instant motion, and that Plaintiffs have indicated their assent thereto.

<u>s/Robert P. Morris</u>
Robert P. Morris

Respectfully submitted,

NSTAR ELECTRIC AND GAS
CORPORATION and COMMONWEALTH
GAS COMPANY,

By their Attorneys,

MORGAN, BROWN & JOY, LLP
200 State Street, 11th Floor
Boston, MA 02109-2605
(617) 523-6666

By:   <u>s/Robert P. Morris</u>
      Keith B. Muntyan
      B.B.O. No. 361380
      Robert P. Morris
      B.B.O. No. 546052

Dated: April 29, 2005

## <u>CERTIFICATE OF SERVICE</u>

I, Robert P. Morris, certify that on April 29, 2005, I caused to be served a copy of the within pleading by first class mail on counsel for Plaintiffs, Warren H. Pyle, Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C., 18 Tremont Street, Suite 500, Boston, MA 02108.

<u>s/Robert P. Morris</u>
Robert P. Morris
