UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Charles J. Senior, Norman Fahy, Ronald D.
Phipps, Raymond W. Postma, Thomas J.
Hirl</u>
                **Plaintiff**

    V.

<u>Nstar Electric and Gas Corporation,
Commonwealth Gas Company</u>
                **Defendant**

CIVIL ACTION

NO. <u>04-10160-EFH</u>

## JUDGMENT

<u>Edward F. Harrington</u>    <u>S.D.J.</u>

In accordance with the Court's Memorandum and Order dated <u>May 31, 2005</u> granting <u>Defendants</u> motion for summary judgment in the above-entitled action, it is hereby ORDERED:

        Judgment for the <u>DEFENDANTS</u>

By the Court,

<u>6/1/05</u>
Date

*Sandra E. Holohan*
Deputy Clerk