UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES J. SENIOR, NORMAN FAHY, )<br>RONALD D. PHIPPS, RAYMOND )<br>W. POSTMA, THOMAS G. HIRL, )<br>GARRETT M. FAGAN )<br>and UNITED STEELWORKERS )<br>OF AMERICA, LOCAL 12004 )<br> )<br>v. )<br> )<br>NSTAR ELECTRIC AND GAS )<br>CORPORATION and )<br>COMMONWEALTH GAS COMPANY )<br>_____ ) | Civil Action No. 04-10160-EFH |

**NOTICE OF APPEAL**

Notice is hereby given that all plaintiffs hereby appeal to the United States Court of Appeals for the First Circuit from the order of the Court in this case dated May 31, 2005, granting defendants' motion for summary judgment on all counts, and from the judgment entered on June 1, 2005.

Respectfully submitted:

CHARLES J. SENIOR, NORMAN FAHY,
RONALD D. PHIPPS, RAYMOND
W. POSTMA, THOMAS G. HIRL,
GARRETT M. FAGAN
and UNITED STEELWORKERS
OF AMERICA, LOCAL 12004

By their attorneys,

*[signature]*

Warren H. Pyle, BBO # 408400
Pyle, Rome, Lichten, Ehrenberg
  & Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
Tel: (617) 367-7200

Dated: June 17, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon all counsel of record, by facsimile and first class mail, on June 17, 2005.

*[signature]*
Warren H. Pyle