# United States Court of Appeals
## For the First Circuit


MANDATE

No. 05-2015

CHARLES J. SENIOR; NORMAN FAHY; RONALD D. PHIPPS; RAYMOND W. POSTMA; THOMAS G. HIRL; GARRETT M. FAGAN; UNITED STEELWORKERS OF AMERICA, LOCAL 12004,

Plaintiffs, Appellants,

v.

NSTAR ELECTRIC AND GAS CORPORATION; COMMONWEALTH GAS COMPANY,

Defendants, Appellees.

---

### JUDGMENT

Entered: May 31, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's grant of summary judgment is affirmed. The parties shall bear their own costs.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 7/21/06

By the Court:

RICHARD CUSHING DONOVAN
Richard Cushing Donovan, Clerk

[cc: Mr. Pyle, Mr. Collins, Ms. Carter, Mr. West, Mr. Dayan, Mr. Muntyan, & Mr. Morris.]